## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 18-70729-JAD |
| | : | |
| PAULA YONTOSH, | : | CHAPTER 13 |
|     DEBTOR | : | |
| | : | RELATED TO DOC. NO. 5, 6, 11 |
| PAULA YONTOSH, | : | |
|     MOVANT | : | HEARING DATE & TIME: |
| | : | November 7, 2018 at 10:00 AM |
| v. | : | |
| | : | |
| AMERICAN INFOSOURCE, | : | |
| AT&T, BERKS CREDIT & COLL | : | |
| CAPITAL ONE, | : | |
| CARRINGTON MORTGAGE, | : | |
| CAVALRY PORTFOLIO, | : | |
| COMENITY BANK, | : | |
| CREDENCE RESOURCE, | : | |
| DITECH, GM FINANCIAL, | : | |
| HOLIDAY FINANCIAL, | : | |
| PA DEPT OF REVENUE, | : | |
| PENELEC, TONIA TORGUATO, | : | |
| VERIZON WIRELESS, | : | |
| RONDA J. WINNECOUR, ESQ. | : | |
| CHAPTER 13 TRUSTEE, | : | |
|     RESPONDENTS | : | |

**CERTIFICATION OF NO OBJECTION REGARDING THE MOTION EXTEND THE AUTOMATIC STAY**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Extend the Automatic Stay filed on October 11, 2018, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than October 29, 2018.

    It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: <u>October 30, 2018</u>            By:    <u>/s/ Paul W. McElrath</u>
                                                        Paul W. McElrath, Esquire
                                                        Attorney for Debtor/Movant
                                                        PA I.D. #86220
                                                        McElrath Legal Holdings, LLC
                                                        1641 Saw Mill Run Blvd
                                                        Pittsburgh, PA 15210
                                                        (412) 765-3606