IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 18-70729-JAD |
| PAULA YONTOSH, DEBTOR | : | CHAPTER 13 |
| | : | RELATED TO DOCUMENT NO. 5 |
| PAULA YONTOSH, MOVANT | : | |
| | : | HEARING DATE & TIME: November 7, 2018 at 10:00 AM |
| vs. | : | |
| AMERICAN INFOSOURCE, AT&T, BERKS CREDIT & COLL, CAPITAL ONE, CARRINGTON MORTGAGE, CAVALRY PORTFOLIO, COMENITY BANK, CREDENCE RESOURCE, DITECH FINANCIAL, GM FINANCIAL, HOLIDAY FINANCIAL, PA DEPT OF REVENUE, PENELEC, TONIA TORGUATO, VERIZON WIRELESS, RESPONDENTS | : | **ENTERED BY DEFAULT**

FILED PURSUANT TO
11 U.S.C. § 362 (C) (3) |
| and | : | |
| RONDA J. WINNECOUR, ESQ. CHAPTER 13 TRUSTEE, ADDITIONAL RESPONDENT | : | |

### ORDER

AND NOW, on this  31st  day of  October , 2018, upon consideration of the within Motion, it is hereby ORDERED, AJUDGED and DECREED that the Automatic Stay of 11 U.S.C. § 362 (a) is hereby extended to all named respondents or until further order of Court.

FILED
10/31/18 3:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief United States Bankruptcy Judge

kmt

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-70729-JAD
Paula Yontosh                                                           Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7           User: kthe               Page 1 of 1          Date Rcvd: Oct 31, 2018
                               Form ID: pdf900          Total Noticed: 19

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2018.
db          +Paula Yontosh,    5480 Morridale Allport Highway,    Morrisdale, PA 16858-8227
14928776    +9,   120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
14928778    +AT&T c/o Bankruptcy,   1801 Valley View Lane,    Farmers Branch, TX 75234-8906
14928781    +Carrington Mortgage Services,    1600 South Douglass RD,    Anaheim, CA 92806-5951
14928786    +Gm Financial,   Po Box 181145,    Arlington, TX 76096-1145
14928787    +Holiday Financial Serv,    1800 Daisy Street Ext St,    Clearfield, PA 16830-3265
14928789     Penelec,   76 South Main Street,    A-RPC,   Akron, OH 44308-1890
14928790    +Tonia Torquato, esq,   919 University Drive,    State College, PA 16801-6626

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14928777    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 01 2018 03:26:44
              American InfoSource LP as agent for,    First Data Global Leasing,    PO Box 248838,
              Oklahoma City, OK 73124-8838
14928779    +E-mail/Text: EBN_Greensburg@Receivemorermp.com Nov 01 2018 03:15:24       Berks Credit & Coll,
              900 Corporate Dr,   Reading, PA 19605-3340
14928780    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 01 2018 03:11:03       Capital One,
              PO Box 30281,   Salt Lake City, UT 84130-0281
14928782    +E-mail/Text: bankruptcy@cavps.com Nov 01 2018 03:14:36       Cavalry Portfolio Serv,
              Po Box 27288,   Tempe, AZ 85285-7288
14931139    +E-mail/Text: bankruptcy@cavps.com Nov 01 2018 03:14:36       Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14928783    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 01 2018 03:13:29       Comenity Bank/peebles,
              Po Box 182789,   Columbus, OH 43218-2789
14928784    +E-mail/Text: bankruptcy@credencerm.com Nov 01 2018 03:15:01       Credence Resource Mana,
              17000 Dallas Pkwy Ste 20,    Dallas, TX 75248-1940
14928785    +E-mail/Text: bankruptcy.bnc@ditech.com Nov 01 2018 03:13:22       Ditech Financial Llc,
              Po Box 6172,   Rapid City, SD 57709-6172
14928788     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 01 2018 03:13:49       PA Department of Revenue,
              Bankruptcy Division,   PO Box 280946,    Harrisburg, PA 17128-0496
14932131     E-mail/Text: bnc-quantum@quantum3group.com Nov 01 2018 03:13:38
              Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,    Kirkland, WA 98083-0788
14928791    +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 01 2018 03:12:57
              Verizon Wireless,   Po Box 49,    Lakeland, FL 33802-0049
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Carrington Mortgage Services LLC as servicer for T
                                                                                 TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   Carrington Mortgage Services LLC as servicer for THE
               BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS,
               Inc., Asset-Backed Certificates, Series 2007-12 bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Paula  Yontosh ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 4
```