**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-70729-JAD |
| | : | |
| Paula Yontosh, | : | Chapter 13 |
|            Debtor | : | |
| _____ | : | Related to Document No. 19 |
| | : | |
| Paula Yontosh, | : | |
|            Movant | : | |
| vs. | : | |
| | : | |
| No Respondent. | : | |

## ORDER

**AND NOW**, on this ___6th___ day of ___November___, __2018__, upon consideration of the Motion of the above referenced Debtor, praying for an extension of time within which to Complete the Bankruptcy Filing, and it appearing from the Motion that good cause exists for granting the relief prayed. It is hereby:

**ORDERED, ADJUDGED and DECREED** that the time for the Debtor to file her Chapter 13 Petition, Chapter 13 Plan, Schedules, Declaration Re: Electronic Filing, and Pay Advices be hereby extended to and including November 16, 2018.   No further extensions shall be granted.

BY THE COURT:

_____
jsf
Jeffery A. Deller,
United States Bankruptcy Judge

FILED
11/6/18 10:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                       Case No. 18-70729-JAD
Paula Yontosh                                                                Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7            User: dkam              Page 1 of 1              Date Rcvd: Nov 06, 2018
                                Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2018.
db             +Paula Yontosh,    5480 Morridale Allport Highway,    Morrisdale, PA 16858-8227

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2018 at the address(es) listed below:
              James     Warmbrodt    on behalf of Creditor    Carrington Mortgage Services LLC as servicer for THE
               BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS,
               Inc., Asset-Backed Certificates, Series 2007-12 bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Paula   Yontosh ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4