UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                              Bankr. Case No. 18-70729-JAD-13

Paula Yontosh                                                       Chapter 13
    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    Americredit Financial Services, Inc. dba GM Financial
    PO Box 183853
    Arlington, TX  76096


By /s/ Mandy Youngblood

    Mandy Youngblood
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 18-70729-JAD-13

Paula Yontosh  Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on October 31, 2018 :

Paul W. McElrath, Jr.  
1641 Saw Mill Run Boulevard  
Pittsburgh, PA 15210

Ronda Winnecour  
600 Grant Street  
Suite 3250 USX Tower  
Pittsburgh, PA 15219

By /s/ Mandy Youngblood  
    Mandy Youngblood

xxxxx62724 / 971733