## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 18-70729-JAD |
| Paula Yontosh, | : | Chapter 13 |
| Debtor | : | |
| Paula Yontosh, | : | |
| Movant | : | Filed Pursuant to Rule 1007-4 |

### VERIFICATION REGARDING PROOF OF INCOME

I, **Paula Yontosh**, hereby state as follows:

1. I am unemployed.

2. I receive a $3,250.00 per month installment payment for the purchase of my bar & real property.

3. I expect the installment payment to rise to $5,000.00 per month beginning in December 2018.

4. I receive child support in the amount of $663.00 per month.

5. I have submitted to the trustee documentary proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: November 19, 2018

/s/ Paula Yontosh
Paula Yontosh
Debtor