| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Paula Yontosh** | Social Security number or ITIN  **xxx–xx–3236** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter  **13**  **10/11/18** |
| Case number: | **18–70729–JAD** | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case                                    12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Paula Yontosh | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 5480 Morridale Allport Highway<br>Morrisdale, PA 16858 | |
| 4. | **Debtor's attorney**<br>Name and address | Paul W. McElrath Jr.<br>McElrath Legal Holdings, LLC.<br>1641 Saw Mill Run Boulevard<br>Pittsburgh, PA 15210 | Contact phone 412–765–3606<br><br>Email: ecf@mcelrathlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 11/20/18 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 18, 2019 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 3/19/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 12/20/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/9/19** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**1/18/19** at **11:00 AM** , Location: **Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 18-70729-JAD
Paula Yontosh                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7         User: dkam              Page 1 of 2         Date Rcvd: Nov 20, 2018
                             Form ID: 309I           Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2018.
db          +Paula Yontosh,    5480 Morridale Allport Highway,    Morrisdale, PA 16858-8227
aty         +James Warmbrodt,    KML Law Group, P.C.,   701 Market Street,    Suite 5000,
              Philadelphia, PA 19106-1541
tr          +Ronda J. Winnecour,    Suite 3250, USX Tower,   600 Grant Street,    Pittsburgh, PA 15219-2702
cr          +Americredit Financial Services, Inc. Dba GM Financ,    P.O Box 183853,
              Arlington, TX 76096-3853
14928778    +AT&T c/o Bankruptcy,    1801 Valley View Lane,   Farmers Branch, TX 75234-8906
14928781    +Carrington Mortgage Services,    1600 South Douglass RD,   Anaheim, CA 92806-5951
14928787    +Holiday Financial Serv,    1800 Daisy Street Ext St,   Clearfield, PA 16830-3265
14928789     Penelec,    76 South Main Street,   A-RPC,   Akron, OH 44308-1890
14928790    +Tonia Torquato, esq,    919 University Drive,   State College, PA 16801-6626

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: ecf@mcelrathlaw.com Nov 21 2018 03:07:34     Paul W. McElrath, Jr.,
              McElrath Legal Holdings, LLC.,   1641 Saw Mill Run Boulevard,    Pittsburgh, PA  15210
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 21 2018 03:08:08     Pennsylvania Dept. of Revenue,
              Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA  17128-0946
ust         +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Nov 21 2018 03:08:18
              Office of the United States Trustee,   Liberty Center.,   1001 Liberty Avenue, Suite 970,
              Pittsburgh, PA 15222-3721
14928776     E-mail/Text: ecf@mcelrathlaw.com Nov 21 2018 03:07:34     9,   120 Corporate Blvd Ste 1,
              Norfolk, VA 23502
14949324     EDI: PHINAMERI.COM Nov 21 2018 07:58:00     Americredit Financial Services, Inc.,
              Dba GM Financial,   P.O Box 183853,   Arlington, TX 76096
14928777    +EDI: AIS.COM Nov 21 2018 07:58:00     American InfoSource LP as agent for,
              First Data Global Leasing,   PO Box 248838,   Oklahoma City, OK 73124-8838
14928779    +E-mail/Text: EBN_Greensburg@Receivemorermp.com Nov 21 2018 03:09:15     Berks Credit & Coll,
              900 Corporate Dr,   Reading, PA 19605-3340
14928780    +EDI: CAPITALONE.COM Nov 21 2018 07:58:00     Capital One,   PO Box 30281,
              Salt Lake City, UT 84130-0281
14928782    +E-mail/Text: bankruptcy@cavps.com Nov 21 2018 03:08:39     Cavalry Portfolio Serv,
              Po Box 27288,   Tempe, AZ 85285-7288
14931139    +E-mail/Text: bankruptcy@cavps.com Nov 21 2018 03:08:39     Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
14928783    +EDI: WFNNB.COM Nov 21 2018 07:58:00     Comenity Bank/peebles,   Po Box 182789,
              Columbus, OH 43218-2789
14928784    +E-mail/Text: bankruptcy@credencerm.com Nov 21 2018 03:08:52     Credence Resource Mana,
              17000 Dallas Pkwy Ste 20,   Dallas, TX 75248-1940
14928785    +E-mail/Text: bankruptcy.bnc@ditech.com Nov 21 2018 03:07:50     Ditech Financial Llc,
              Po Box 6172,   Rapid City, SD 57709-6172
14928786    +EDI: PHINAMERI.COM Nov 21 2018 07:58:00     Gm Financial,   Po Box 181145,
              Arlington, TX 76096-1145
14928788     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 21 2018 03:08:08     PA Department of Revenue,
              Bankruptcy Division,   PO Box 280946,   Harrisburg, PA 17128-0496
14951108     EDI: PRA.COM Nov 21 2018 07:58:00     Portfolio Recovery Assoc,   120 Corporate Blvd Ste 1,
              Norfolk, VA 23502
14951109     EDI: Q3G.COM Nov 21 2018 07:58:00     Quantum3 Group LLC,   P.O. Box 788,
              Kirkland, WA 98083-0788
14932131     EDI: Q3G.COM Nov 21 2018 07:58:00     Quantum3 Group LLC as agent for,   MOMA Funding LLC,
              PO Box 788,   Kirkland, WA 98083-0788
14928791    +EDI: VERIZONCOMB.COM Nov 21 2018 07:58:00     Verizon Wireless,   Po Box 49,
              Lakeland, FL 33802-0049
                                                                                              TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Carrington Mortgage Services LLC as servicer for T
14951096*   +AT&T c/o Bankruptcy,    1801 Valley View Lane,   Farmers Branch, TX 75234-8906
14951095*   +American InfoSource LP as agent for,   First Data Global Leasing,   PO Box 248838,
              Oklahoma City, OK 73124-8838
14951097*   +Berks Credit & Coll,    900 Corporate Dr,   Reading, PA 19605-3340
14951098*   +Capital One,    PO Box 30281,   Salt Lake City, UT 84130-0281
14951099*   +Carrington Mortgage Services,    1600 South Douglass RD,   Anaheim, CA 92806-5951
14951100*   +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
14951101*   +Comenity Bank/peebles,    Po Box 182789,   Columbus, OH 43218-2789
14951102*   +Credence Resource Mana,    17000 Dallas Pkwy Ste 20,   Dallas, TX 75248-1940
14951103*   +Ditech Financial Llc,    Po Box 6172,   Rapid City, SD 57709-6172
14951104*   +Gm Financial,    Po Box 181145,   Arlington, TX 76096-1145
14951105*   +Holiday Financial Serv,    1800 Daisy Street Ext St,   Clearfield, PA 16830-3265
14951106*    PA Department of Revenue,    Bankruptcy Division,   PO Box 280946,   Harrisburg, PA 17128-0496
14951107*    Penelec,    76 South Main Street,   A-RPC,   Akron, OH 44308-1890
14951110*   +Tonia Torquato, esq,    919 University Drive,   State College, PA 16801-6626
14951111*   +Verizon Wireless,    Po Box 49,   Lakeland, FL 33802-0049
                                                                                  TOTALS: 1, * 15, ## 0

```
District/off: 0315-7          User: dkam              Page 2 of 2              Date Rcvd: Nov 20, 2018
                              Form ID: 309I           Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2018 at the address(es) listed below:

```
          James   Warmbrodt    on behalf of Creditor    Carrington Mortgage Services LLC as servicer for THE
           BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS,
           Inc., Asset-Backed Certificates, Series 2007-12 bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.   on behalf of Debtor Paula  Yontosh ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```