# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | PAULA YONTOSH |
| **Case Number:** | 18-70729-JAD    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, MARCH 28, 2019 11:30 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
3/28/19 3:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#24 - Continued Confirmation of Plan Dated 11/19/2018 (N)
R / M #:  24 / 0

### *Appearances:*

Debtor: *Lutz*
Trustee: Winnecour / Pail / Katz / (DeSimone)
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.
9. __✓__ Contested Hearing: _____ at _____.
10. __✓__ Other:

The debtor(s) has no defense to dismissal, and the Trustee requests entry of an order dismissing the case without prejudice.

3/21/2019   2:28:57PM