**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Paula Yontosh** : | Case No. 18−70729−JAD |
| *Debtor(s)* : | Chapter: 13 |
| : | |
| : | |
| : | |
| : | Issued Per Mar. 28, 2019 Proceeding |
| : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 28th of March, 2019,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

(1) The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Jeffery A. Deller
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-70729-JAD
Paula Yontosh                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: jhel              Page 1 of 2              Date Rcvd: Mar 28, 2019
                              Form ID: 309            Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2019.
db            +Paula Yontosh,   5480 Morridale Allport Highway,   Morrisdale, PA 16858-8227
cr            +Americredit Financial Services, Inc. Dba GM Financ,   P.O Box 183853,
                Arlington, TX 76096-3853
14928776      +9,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
14928778      +AT&T c/o Bankruptcy,   1801 Valley View Lane,   Farmers Branch, TX 75234-8906
14928781      +Carrington Mortgage Services,   1600 South Douglass RD,   Anaheim, CA 92806-5951
14928787      +Holiday Financial Serv,   1800 Daisy Street Ext St,   Clearfield, PA 16830-3265
14951107       Penelec,   76 South Main Street,   A-RPC,   Akron, OH 44308-1890
14928789      +Penelec,   c/o FirstEnergy,   101 Crawford's Corner Rd.,   Bldg. #1 Ste. 1-511,
                Holmdel, NJ 07733-1976
14928790      +Tonia Torquato, esq,   919 University Drive,   State College, PA 16801-6626

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14949324       EDI: PHINAMERI.COM Mar 29 2019 06:18:00      Americredit Financial Services, Inc.,
                Dba GM Financial,   P.O Box 183853,   Arlington, TX 76096
14964291      +EDI: CINGMIDLAND.COM Mar 29 2019 06:18:00      AT&T Mobility II LLC,   %AT&T SERVICES INC.,
                KAREN A. CAVAGNARO  PARALEGAL,   ONE AT&T WAY, SUITE 3A104,   BEDMINSTER, NJ. 07921-2693
14928777      +EDI: AIS.COM Mar 29 2019 06:18:00      American InfoSource LP as agent for,
                First Data Global Leasing,   PO Box 248838,   Oklahoma City, OK 73124-8838
14928779      +E-mail/Text: EBN_Greensburg@Receivemorermp.com Mar 29 2019 02:38:31      Berks Credit & Coll,
                900 Corporate Dr,   Reading, PA 19605-3340
14928780      +EDI: CAPITALONE.COM Mar 29 2019 06:18:00      Capital One,   PO Box 30281,
                Salt Lake City, UT 84130-0281
14928782      +E-mail/Text: bankruptcy@cavps.com Mar 29 2019 02:37:58      Cavalry Portfolio Serv,
                Po Box 27288,   Tempe, AZ 85285-7288
14931139      +E-mail/Text: bankruptcy@cavps.com Mar 29 2019 02:37:58      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
14928783      +EDI: WFNNB.COM Mar 29 2019 06:18:00      Comenity Bank/peebles,   Po Box 182789,
                Columbus, OH 43218-2789
14928784      +E-mail/Text: bankruptcy@credencerm.com Mar 29 2019 02:38:10      Credence Resource Mana,
                17000 Dallas Pkwy Ste 20,   Dallas, TX 75248-1940
14928785      +E-mail/Text: bankruptcy.bnc@ditech.com Mar 29 2019 02:37:03      Ditech Financial Llc,
                Po Box 6172,   Rapid City, SD 57709-6172
14928786      +EDI: PHINAMERI.COM Mar 29 2019 06:18:00      Gm Financial,   Po Box 181145,
                Arlington, TX 76096-1145
14928788       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 29 2019 02:37:26      PA Department of Revenue,
                Bankruptcy Division,   PO Box 280946,   Harrisburg, PA 17128-0496
14951108       EDI: PRA.COM Mar 29 2019 06:18:00      Portfolio Recovery Assoc,   120 Corporate Blvd Ste 1,
                Norfolk, VA 23502
14954081      +EDI: PRA.COM Mar 29 2019 06:18:00      PRA Receivables Management, LLC,   PO Box 41021,
                Norfolk, VA 23541-1021
14961509       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 29 2019 02:37:26
                Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                Harrisburg, Pa.  17128-0946
14954859       EDI: RESURGENT.COM Mar 29 2019 06:18:00      Pinnacle Credit Services, LLC,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14951109       EDI: Q3G.COM Mar 29 2019 06:18:00      Quantum3 Group LLC,   P.O. Box 788,
                Kirkland, WA 98083-0788
14932131       EDI: Q3G.COM Mar 29 2019 06:18:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                PO Box 788,   Kirkland, WA  98083-0788
14961611       EDI: AIS.COM Mar 29 2019 06:18:00      Verizon,   by American InfoSource as agent,
                PO Box 248838,   Oklahoma City, OK  73124-8838
14928791      +EDI: VERIZONCOMB.COM Mar 29 2019 06:18:00      Verizon Wireless,   Po Box 49,
                Lakeland, FL 33802-0049
                                                                                              TOTAL: 20

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Carrington Mortgage Services LLC as servicer for T
cr*           +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14951096*     +AT&T c/o Bankruptcy,   1801 Valley View Lane,   Farmers Branch, TX 75234-8906
14951095*     +American InfoSource LP as agent for,   First Data Global Leasing,   PO Box 248838,
                Oklahoma City, OK 73124-8838
14951097*     +Berks Credit & Coll,   900 Corporate Dr,   Reading, PA 19605-3340
14951098*     +Capital One,   PO Box 30281,   Salt Lake City, UT 84130-0281
14951099*     +Carrington Mortgage Services,   1600 South Douglass RD,   Anaheim, CA 92806-5951
14967237*     +Carrington Mortgage Services, LLC,   1600 South Douglass Road,   Anaheim, CA 92806-5951
14951100*     +Cavalry SPV I, LLC,   500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
14951101*     +Comenity Bank/peebles,   Po Box 182789,   Columbus, OH 43218-2789
14951102*     +Credence Resource Mana,   17000 Dallas Pkwy Ste 20,   Dallas, TX 75248-1940
14951103*     +Ditech Financial Llc,   Po Box 6172,   Rapid City, SD 57709-6172
14951104*     +Gm Financial,   Po Box 181145,   Arlington, TX 76096-1145
14951105*     +Holiday Financial Serv,   1800 Daisy Street Ext St,   Clearfield, PA 16830-3265
14951106*      PA Department of Revenue,   Bankruptcy Division,   PO Box 280946,   Harrisburg, PA 17128-0496
14951110*     +Tonia Torquato, esq,   919 University Drive,   State College, PA 16801-6626

```
District/off: 0315-7          User: jhel              Page 2 of 2              Date Rcvd: Mar 28, 2019
                              Form ID: 309            Total Noticed: 29
```

```
         ***** BYPASSED RECIPIENTS (continued) *****
14951111*      +Verizon Wireless,   Po Box 49,   Lakeland, FL 33802-0049
                                                                                TOTALS: 1, * 16, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2019 at the address(es) listed below:
        James Warmbrodt    on behalf of Creditor    Carrington Mortgage Services LLC as servicer for THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-12 bkgroup@kmllawgroup.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Paul W. McElrath, Jr.    on behalf of Debtor Paula  Yontosh ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        TOTAL: 4